IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOHN HANCOCK LIFE INSURANCE CO. (U.S.A.) | : : : | |
| v. | : : | CIVIL NO. CCB-13-3250 |
| DONALD F. STUP, JR., ET AL. | : | |

...o0o...

## **ORDER**

For the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

1. Hancock's motion for leave to file a second amended complaint (ECF No. 11) is

    **Denied**;

2. the defendants' motion to dismiss (ECF No. 7) is **Granted**;

3. this case is **Dismissed** as time-barred; and

4. the Clerk shall **CLOSE** this case.


<u>January 31, 2014</u>                                     <u>         /s/                                        </u>
Date                                                                  Catherine C. Blake
                                                                          United States District Judge